## ORDER

PER CURIAM.

Oliver Valiant ("Husband") appeals the judgment finding, *inter alia,* Husband was in arrears on both his child support and maintenance obligations to Christina Valiant ("Wife") and thus was in contempt of the orders awarding child support and maintenance to Wife, and ordering Husband to pay to Wife such arrearages, with interest, as well as Wife's attorneys' fees. We find the judgment was supported by substantial evidence and was not against the weight of the evidence. No error of law appears. An extended opinion would have no precedential value. We affirm the judgment of the trial court under Rule 84.16(b).

Before GLENN A. NORTON, P.J., MARY K. HOFF, J. and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Julio Lopez–Santiz appeals the judgment denying his Rule 24.035 motion for postconviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).

**Julio LOPEZ–SANTIZ, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 92650.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 8, 2009.

Alexandra Johnson, Saint Louis, MO, for Appellant.

Chris Koster, Attorney General, John M. Reeves, Assistant Attorney General, Jefferson City, MO, for Respondent.

**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Brian R. THURMAN,
Defendant/Appellant.**

No. ED 92661.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 8, 2009.

David Bruns, Clayton, MO, for Appellant.